

RECEIVED
MAY 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO 249
Rev. 7/07

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Gregory N. Bryl
    Plaintiff(s)

Civil Action No. 1:08-cv-00811 JDB

vs.

Michael B. Mukasey, U.S. Attorney General, et al.
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Gregory N. Bryl, hereby state that:

On the 13th day of May, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Susan Dibbins, Acting Director, USCIS Washington District Office, 2675 Prosperity Ave, Fairfax, VA 22031

I have received the receipt for the certified mail, No. 7007 2560 0002 3478 8524 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 14th day of May, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

05/20/2008
(Date)

(Signature)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

FAIRFAX VA 22031

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.02 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage | | $6.92   05/13/2008 |

7007 2560 0002 3478 8524

Sent To: SUSAN DIBBINS, Acting Director
Street, Apt. No.; or PO Box No.: USCIS Washington District Office
City, State, ZIP+4: 2675 Prosperity Ave
Fairfax, VA 22031

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SUSAN DIBBINS, Acting Director
   USCIS Washington District Office
   2675 Prosperity Ave
   Fairfax, VA 22031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 3478 8524

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540