CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



RECEIVED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gregory N. Bryl
_____
Plaintiff(s)

Civil Action No. 1:08-cv-00811JDB

vs.

Michael B. Mukasey, U.S. Attorney General, et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Gregory N. Bryl _____, hereby state that:

On the 13th     day of May _____, 2008     , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Michael B. Mukasey, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 7007 2560 0002 3478 8555 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 19th     day of May _____, 2008     .

I declare under penalty of perjury that the foregoing is true and correct.

_____05/22/2008_____
(Date)

_____
(Signature)

**U.S. Postal Service**
**CERTIFIED MAIL₀ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ | $2.02 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & | $6.92 | 05/13/2008 |

MAY 13

Postmark Here

7007 2560 0002 3478 8555

Sent To
MICHAEL B. MUKASEY, United States Attorney General

Street, Apt. No.; or PO Box No.
U.S. Department of Justice

City, State, ZIP+4
950 Pennsylvania Ave NW
Washington, DC 20530-0001

PS Form 3800, August

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL B. MUKASEY, United
States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 2560 0002 3478 8555

S Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540