CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 2 8 2008

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

Gregory N. Bryl
_____
Plaintiff(s)

Civil Action No. 1:08-cv-00811JDB

vs.

Michael B. Mukasey, U.S. Attorney General, et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Gregory N. Bryl _____, hereby state that:

On the 13th day of May _____, 2008 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Robert Mueller, III, Director, FBI, Office of General Counsel, FBI, 935 Pennsylvania Ave NW, Rm 7427, Washington, DC 20535

I have received the receipt for the certified mail, No. 7007 2560 0002 3478 8531 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 17th day of May _____, 2008 .

I declare under penalty of perjury that the foregoing is true and correct.

05/28/2008
_____
(Date)

_____
(Signature)


**UNITED STATES POSTAL SERVICE**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0002 3478 8531**
Status: **Delivered**

Your item was delivered at 4:16 AM on May 17, 2008 in WASHINGTON, DC 20535.

*Additional Details >*     *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     *Go >*

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**     No FEAR Act EEO Data     FOIA     



ROBERT MUELLER III, Director of the FBI
Office of the General Counsel, FBI
935 Pennsylvania Ave NW, #7427
Washington, DC 20535