

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gregory N. Bryl
_____
   Plaintiff(s)

Civil Action No. 1:08-cv-00811JDB

vs.

Michael B. Mukasey, U.S. Attorney General, et al.
_____
   Defendant(s)

### AFFIDAVIT OF MAILING

I, Gregory N. Bryl _____, hereby state that:

On the 13th day of May, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Michael Chertoff, Secretary, DHS, Office of General Counsel, US DHS, Washington, DC 20528

I have received the receipt for the certified mail, No. 7007 2560 0002 3478 8517 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 19th day of May, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

05/28/2008
_____
(Date)

_____
(Signature)



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0002 3478 8517**
Status: **Delivered**

Your item was delivered at 7:40 AM on May 19, 2008 in WASHINGTON, DC 20528.

*Additional Details >*　　*Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.　Go >

Site Map　Contact Us　Forms　Gov't Services　Jobs　Privacy Policy　Terms of Use　National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**　　No FEAR Act EEO Data　　FOIA





U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

7007 2560 0002 3478 8517

| | | |
|---|---|---|
| Postage | $ | $2.02 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | | $6.92    05/13/2008 |

Sent To: MICHAEL CHERTOFF, Secretary of the DHS
Street, Apt. No.; or PO Box No.: Office of the General Counsel
City, State, ZIP+4: U.S. Department of Homeland Sec.
Washington, DC 20528

PS Form 3800, August 2006