CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gregory N. Bryl
_____
       Plaintiff(s)

vs.                                                    Civil Action No. 1:08-cv-00811JDB

Michael B. Mukasey, U.S. Attorney General, et al.
_____
       Defendant(s)

### AFFIDAVIT OF MAILING

I, Gregory N. Bryl _____, hereby state that:

On the 13th day of May, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Emilo Gonzalez, Director, Office of Chief Counsel, USCIS, 20 Massachusetts Ave NW, Rm 4025, Washington, DC 20529

I have received the receipt for the certified mail, No. 7007 2560 0002 3478 8562 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 19th day of May, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

05/28/2008                                             _____
   (Date)                                                    (Signature)

**RECEIVED**

MAY 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0002 3478 8562**
Status: **Delivered**

Your item was delivered at 9:17 AM on May 19, 2008 in WASHINGTON, DC 20529.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA        

