UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY N. BRYL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0811 (JDB) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint for Declaratory and Injunctive Relief, and Writ of Mandamus ("Complaint") filed in the above entitled action. Specifically, Defendants request that the Court extend the deadline for responding to the Complaint from July 18, 2008, to July 29, 2008 -- a seven (7) business day extension of time. Plaintiff, who is appearing *pro se*, has informed undersigned counsel that he does not oppose this Motion. The grounds for this Motion are set forth below.

In this action, Plaintiff essentially seeks mandamus relief to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate his N-400 application for naturalization. Plaintiff alleges that USCIS has unreasonably and improperly delayed adjudicating his application due to delays with the "name check" security process performed by the Federal Bureau of Investigation ("FBI").

On May 19, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. Promptly after the U.S. Attorney's Office was served,

undersigned counsel contacted USCIS and FBI counsel to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials, matters and deadlines in other pending cases have prevented the completion of an appropriate response. Indeed, due to delays associated with the volume of immigration related litigation in which the FBI and USCIS are involved, Defendants require additional time to compile certain factual materials upon which Defendants' anticipated dispositive motion will be based. Accordingly, deferring the filing of Defendants' response to the Complaint by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants a reasonable amount of additional time to evaluate the claims and determine how to respond to the Complaint serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, July 29, 2008. A proposed order is attached.

Dated: July 17, 2008
         Washington, DC

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

- 3 -

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


             /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY N. BRYL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0811 (JDB) |
| | ) |
| MICHAEL B. MUKASEY, Attorney General, | ) |
| U.S. Department of Justice, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' first unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, July 29, 2008, to respond to the Complaint in this action.

_____                    _____
Date                                JOHN D. BATES
                                    United States District Judge


Copies to Counsel of Record by CM/ECF.