UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY N. BRYL, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 08-0811 (JDB) <br> ) |
| MICHAEL B. MUKASEY, Attorney General, <br> U.S. Department of Justice, *et al.* | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for a second enlargement of time to respond to the Complaint for Declaratory and Injunctive Relief, and Writ of Mandamus ("Complaint") filed in the above entitled action. Specifically, Defendants request that the Court extend the deadline for responding to the Complaint from July 29, 2008 to August 29, 2008 -- a one month extension of time. Plaintiff, who is appearing *pro se*, has informed undersigned counsel that he does not oppose this Motion. The grounds for this Motion are set forth below.

In this action, Plaintiff essentially seeks mandamus relief to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate his N-400 application for naturalization. Plaintiff alleges that USCIS has unreasonably and improperly delayed adjudicating his application due to delays with the "name check" security process performed by the Federal Bureau of Investigation ("FBI").

On May 19, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. On July 17, 2008, Defendant, without opposition, moved for a


seven business day extension of time to respond to the Complaint (*i.e.* until July 29, 2008), which the Court granted that same day.

After the Court granted Defendant's first request for an extension, undersigned counsel learned that the FBI had completed a "name check" for Plaintiff's naturalization application, the delay of which is the central focus of Plaintiff's Complaint. Consequently, USCIS has scheduled Plaintiff for updated fingerprints, and it appears that processing of Plaintiff's naturalization application is now proceeding. Although Defendants believe that these new facts moot Plaintiff's claims, they believe it prudent to extend their time to respond to the Complaint by one month in the hopes that the parties can amicably resolve their disputes without the need for further litigation. Accordingly, Defendants seek this second extension of time to respond to the Complaint in this action.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' second request for an extension of this deadline and, in total, the second request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties an additional time to attempt to amicably resolve their disputes without the need for judicial intervention serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, August 29, 2008. A proposed order is attached.

- 3 -

Dated: July 28, 2008
      Washington, DC

          Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY N. BRYL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-0811 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' second unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, August 29, 2008, to respond to the Complaint in this action.

_____    _____
Date                                                          JOHN D. BATES
                                                                    United States District Judge


Copies to Counsel of Record by CM/ECF.