UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREGORY N. BRYL, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 08-0811 (JDB) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.* | ) ) ) |
| Defendants. | ) ) ) |

**THIRD UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for a third enlargement of time to respond to the Complaint for Declaratory and Injunctive Relief, and Writ of Mandamus ("Complaint") filed in the above entitled action. Specifically, Defendants request that the Court extend the deadline for responding to the Complaint from August 29, 2008, to September 29, 2008 -- a one month extension of time. Plaintiff, who is appearing *pro se*, has informed undersigned counsel that he does not oppose this Motion. The grounds for this Motion are set forth below.

In this action, Plaintiff essentially seeks mandamus relief to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate his N-400 application for naturalization. Plaintiff alleges that USCIS has unreasonably and improperly delayed adjudicating his application due to delays with the "name check" security process performed by the Federal Bureau of Investigation ("FBI").

On May 19, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. In their second motion for an extension of time to respond to the

Complaint ("Second Motion"), Defendants informed the Court (a) that the FBI had completed a "name check" for Plaintiff's naturalization application, the delay of which is the central focus of Plaintiff's Complaint; and (b) that USCIS had scheduled Plaintiff for updated fingerprints. Subsequent to Defendant's Second Motion, Plaintiff submitted updated fingerprints and is now scheduled for an interview with USCIS regarding his naturalization application on September 8, 2008. USCIS believes that it will likely to be in a position to adjudicate Plaintiff's application shortly thereafter.[1]. Although Defendants maintain that these recent developments moot Plaintiff's claims, they believe it prudent to extend their time to respond to the Complaint by one month in the hopes that the parties can amicably resolve this action without the need for further litigation. Accordingly, Defendants seek this third extension of time to respond to the Complaint in this action.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' third request for an extension of this deadline and, in total, the third request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties an additional time to attempt to amicably resolve their dispute without the need for judicial intervention serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, September 29, 2008. A proposed order is attached.

---

[1] In which case USCIS will inform Plaintiff of its readiness and request that Plaintiff voluntarily dismiss this action without prejudice to allow USCIS to have jurisdiction to adjudicate Plaintiff's application.

Dated: August 15, 2008
       Washington, DC

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


            /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY N. BRYL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0811 (JDB) |
| | ) |
| MICHAEL B. MUKASEY, Attorney General, | ) |
| U.S. Department of Justice, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' third unopposed motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, September 29, 2008, to respond to the Complaint in this action.

_____          _____
Date                                                  JOHN D. BATES
                                                             United States District Judge

Copies to Counsel of Record by CM/ECF.